# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEO MARA CHHOM,<br><br>　　　　　Defendant. | 2:13-cr-00048-MMD-PAL<br><br>**MINUTE ORDER** |

　　　IT IS HEREBY ORDERED the Arraignment & Plea scheduled for Defendant Keo Mara Chhom on April 11, 2013 at 3:00 p.m. is VACATED and RESCHEDULED for April 4, 2013 at 3:00 p.m. in Courtroom 3D.

　　　DATED this 4th day of April, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE